427 A.2d 1219

Commonwealth v. Kiscaden, Appellant.

Submitted September 13, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence and order denying reconsideration thereof affirmed.